533 A.2d 708

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Joseph Edward BLANDA, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1987.

Decided Dec. 3, 1987.

Anthony W. DeBernardo, Jr., Richard H. Galloway & Associates, P.C., Greensburg, for appellant.

John J. Driscoll, Dist. Atty., Greensburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

522

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

Former Justice Hutchinson did not participate in the decision of this case.